UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BLANCA MEDINA,<br><br>　　　　　　　Defendant. | Case No. MJ22-602 MLP<br><br>DETENTION ORDER |

Ms. Medina is charged by Complaint of one count of Failure to Surrender for Service of Sentence in violation of Title 18 United States Code §§ 3146(a)(2) and (b)(1)(A)(i). On December 29, 2022, the Court held a detention hearing. Ms. Medina stipulated to detention because she is serving a 42 month sentence on the underlying charge.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds that Ms. Medina poses a serious risk of nonappearance based on the allegation that she failed to surrender on September 22, 2022 to serve her sentence on the underlying charge.

DETENTION ORDER - 1

IT IS THEREFORE ORDERED:

(1) Ms. Medina shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Ms. Medina shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Ms. Medina is confined shall deliver Ms. Medina to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Ms. Medina, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29 day of December, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge